S. W. WHITE ET AL. v. MARY HARRIS.

(Filed 6 May, 1914.)

**Appeal and Error — Nonsuit—Trials—Evidence—Fragmentary Appeal.**
An appeal from a judgment of nonsuit taken upon the ruling of the trial court upon admissibility of evidence not determinative of the controversy will not be considered. *Tester v. Mfg. Co.,* 151 N. C., 602, cited as controlling.

APPEAL by plaintiff from *Harding, J.,* at November Term, 1913, of MECKLENBURG.

This is an action to have a trust declared, and to recover a lot of land.

Upon an adverse ruling as to the admissibility of certain evidence, not necessarily determinative of the action, the plaintiff submitted to judgment of nonsuit and appealed.

*T. W. Alexander for plaintiff.*
*No counsel for defendant.*

PER CURIAM. The appeal must be dismissed upon the authority of *Teeter v. Mfg. Co.,* 151 N. C., 602, and the cases there cited.

If parties were allowed to appeal whenever dissatisfied with a ruling upon evidence, the trial of the cause upon its merits could be indefinitely postponed.

Appeal dismissed.